# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE POLLACK,** | : | No. 1:11-cv-01969 |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | **(Judge Kane)** |
| **EMS FINANCIAL SERVICES, LLC,** | : | |
| **Defendant** | : | |

## ORDER

**ACCORDINGLY**, on this 3rd day of February 2015, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss (Doc. No. 32) is **DENIED**; and

2. Defendant shall file an answer within 21 days of this order.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania