# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE POLLACK,** | : | No. 1:11-cv-01969 |
|     **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **EMS FINANCIAL SERVICES, LLC,** | : | |
|     **Defendant** | : | |

## ORDER

**ACCORDINGLY**, on this 22nd day of June 2015, **IT IS HEREBY ORDERED THAT**

Plaintiff's motion to change venue (Doc. No. 38) is **DENIED**.

 

/s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania